KIRK W. ELLIOTT, CSB 141641
ROBERTS & ELLIOTT, LLP
Ten Almaden Boulevard
Suite 500
San Jose, CA 95113

(408) 275-9800 - Telephone
(408) 287-3782 - Facsimile

Attorney for Defendant Abraham Tabellija, Jr.

RECEIVED 07 DEC 11 PM 4:11
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

FILED
JAN - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABRAham ~~ALBERT~~ TABELLIJA, JR.,<br><br>Defendant. | CR 04-20193 RMW<br><br>DEFENDANT'S MOTION FOR ORDER AND [~~PROPOSED~~] ORDER EXONERATING RELEASE BOND |

On October 20, 2004, defendant Abraham Tabellija, Jr. was ordered released by this Court on a $150,000 bond secured by property at 1854 Forest Court, Milpitas, California. That property is owned by the defendant's mother, Olga Urista.

On December 4, 2007, the defendant surrendered to serve his sentence.

Mr. Tabellija now respectfully moves the Court to order that the bond be exonerated so that the

\\

CC: Finance

property used to secure the bond may be reconveyed to its lawful owner.

DATED: December 11, 2007

Respectfully submitted,

/s/ KIRK W. ELLIOTT
Attorney for Defendant
Abraham Tabellija, Jr.

## ORDER

For good cause shown, it is hereby ORDERED that the release bond in this matter shall be exonerated.

DATED: ~~December~~ January 9, ~~2007~~ 2008

Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is Ten Almaden Boulevard, Suite 500, San Jose, California.

On December 11, 2007, I served the foregoing documents described as **DEFENDANT'S MOTION FOR ORDER AND [PROPOSED] ORDER EXONERATING RELEASE BOND** in this action by:

By placing a true copy thereof in a sealed envelope for collection and mailing following ordinary business practices at my aforesaid business address; I am readily familiar with the business' practice of collection and processing of correspondence is deposited with the United States Postal Service; that correspondence is deposited with the United States Postal Service the same day as collection in the ordinary course of business.

The name(s) and address(es) of the persons served as shown on the envelope are as follows:

Barbara Brennan Silano
Assistant United States Attorney
450 Golden Gate Avenue
P.O. Box 36045
San Francisco, CA 94102

Mr. Benjamin Flores
U.S. Probation Officer Specialist
280 S. First Street, Suite 106
San Jose, CA 95113-3003

Executed on December 11, 2007, at San Jose, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Signature